O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GARCIA,<br><br>             Plaintiff,<br><br>       v.<br><br>COUNTY OF RIVERSIDE<br>SHERIFF'S DEPARTMENT, *et. al.*,<br><br>             Defendants. | Case No. ED CV 16-1381 DSF (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

//

//

//

//

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered dismissing this action without prejudice; and
3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: 11/10/16

/s/ Dale S. Fischer
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE