JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GARCIA,<br>        Plaintiff,<br>    v.<br>COUNTY OF RIVERSIDE<br>SHERIFF'S DEPARTMENT, *et al.*,<br>        Defendants. | Case No. ED CV 16-1381 DSF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 11/10/16

*/s/ Dale S. Fischer*

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE